EEOC MMDO  
RCVD: 03-30-2021

EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | X  FCHR<br>X  EEOC | 510-2021-03336 |

EEOC

| Name (indicate Mr. Ms. Mrs.)<br>**Ms. Rossana Casareto** | Home Phone (Incl. Area Code)<br>**(786)516-0377** | Date of Birth<br>**July 10, 1983** |
|---|---|---|

Street Address  
**8274 Eisenhower Blvd., Lehigh Acres, FL 33974**                  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**Assisting Hands Home Health, Inc.** | No. Employees, Members<br>**100+** | Phone No. (Include Area Code)<br>**(239) 221-6326** |
|---|---|---|

Street Address                            City, State and ZIP Code  
**1850 Boy Scout Drive            Fort Myers, FL 33907**

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>**X** RETALIATION  __ AGE  __ DISABILITY  **X** OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>**December 24, 2020    March 1, 2021**<br><br>__ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I was hired on or about September 15, 2020 with Assisting Hands Home Health as a Bookkeeper and remained in that position until the end of my employment on or about March 1, 2021. I had been an employee in good standing with no performance issue or discipline problems on my record.

On December 23, 2020, I found out I was pregnant. On December 24, 2020, I informed Robert Thomas, the owner of Assisting Hands that I was pregnant. Initially, I worked around my work schedule as best I could to make mandatory doctor appointments. Specifically, I scheduled my prenatal visits early in the morning so I would be able to make up the time later during that day.

On or about January 2021, I received a job offer at a different company. That position paid more money ($24.00 an hour) than my then current position. I informed Mr. Thomas about the job offer and increase in pay. In response, on January 24, 2021, Mr. Thomas offered to raise my hourly rate to $20.00 for me to remain employed with the Company. Although the pay increase offered by Mr. Thomas was less than what I would have received with the new employer, I decided to reject the new job offer and remain employed with the remain with Assisting Hands.

On February of 2021, my doctors informed me that because of my age, and because I suffered from preeclampsia and gestational diabetes during my previous pregnancies, my pregnancy was considered high risk. I immediately informed Mr. Thomas about this new development regarding my pregnancy. I informed him that because my pregnancy was now considered high risk, I would have more frequent doctor visits and possibly miss additional time from work.

Just days later, on March 1, 2021, Mr. Thomas informed me that he was terminating my employment because "my pregnancy was high risk and I would have to miss too much work."

EEOC MMDO
RCVD: 03-30-2021

**510-2021-03336**

| **Respondent has violated my rights under the Title VII of the Civil Rights Act ("Title VII"). I would like the agency to investigate my claims, issue a reasonable cause determination, and prevent Respondent from further unlawful conduct.** | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>3/21/2021<br>Date       Charging Party Signature | Notary Seal: |